## No. 16,834.

### BRINKMEYER v. BOGUE BUILDING CORPORATION.
(247 P. [2d] 687)

Decided July 28, 1952. Rehearing denied August 18, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. EARL J. HOWER, Mr. HAROLD H. HARRISON, for plaintiff in error.

Mr. HAROLD TAFT KING, Mr. FLETCHER THOMAS, for defendant in error.